UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KEYBANK NATIONAL ASSOCIATION, successor in interest to Key Equipment Finance, | |
|---|---|
| Plaintiff, | 21 Civ. 3270 (KPF) |
| -v.- | ORDER |
| COMPLETE RADIOLOGY MANAGEMENT SOLUTIONS, LLC, et al., | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

There is currently an initial pretrial conference scheduled in this matter for July 1, 2021. However, given that the remaining Defendants have not yet appeared in this action, and Plaintiff has recently obtained Certificates of Default (*see* Dkt. #23-26), the initial pretrial conference is hereby ADJOURNED *sine die*. Plaintiff is directed to submit its proposed Order to Show Cause and supporting paperwork on or before July 8, 2021.

SO ORDERED.

Dated: June 24, 2021
New York, New York

                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge