## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,
successor in interest to Key Equipment
Finance,

Civil Action No. 1:21-cv-03270-KPF

Plaintiff,

v.

**DEFAULT JUDGMENT**

COMPLETE RADIOLOGY
MANAGEMENT SOLUTIONS LLC,
MUSCULOSKELETAL IMAGING
CONSULTANTS LLC, PRIMO
TELERADIOLOGY, PLLC, SALUBRIO
LLC, VIRTUAL VIEWBOX INC., and
DOUGLAS K. SMITH,

Defendants.

This action having been commenced on April 14, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendants Complete Radiology Management Solutions LLC ("Complete"), Musculo Skeletal Imaging Consultants LLC ("Musculo"), Primo Teleradiology, PLLC ("Primo"), and Virtual Viewbox Inc. ("Virtual") (collectively, the "Corporate Defendants"), on May 6, 2021 by personal service on Douglas K. Smith, Registered Agent, by leaving with Guadalupe Flores, Security Guard Supervisor and Authorized to Accept, and proofs of service having been filed on May 6, 2021, and the Corporate Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That KeyBank National Association, successor in interest to Key Equipment Finance, have judgment against the Corporate Defendants in the liquidated amount of $133,333.83 plus costs and disbursements of this action in the amount of $997.00 amounting in all to $134,330.83; and it is further

ORDERED that this action is stayed as to Defendant Douglas K. Smith pending the outcome of his bankruptcy proceeding.

Date:   October 12, 2021
        New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge