UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEYBANK NATIONAL ASSOCIATION,
*successor in interest to Key Equipment Finance,*

                    Plaintiff,

-v.-

COMPLETE RADIOLOGY MANAGEMENT SOLUTIONS, LLC, MUSCULOSKELETAL IMAGING CONSULTANTS, LLC, PRIMO TELERADIOLOGY, PLLC, SALUBRIO, LLC, VIRTUAL VIEWBOX, INC., and DOUGLAS K. SMITH,

                    Defendants.

21 Civ. 3270 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      On October 12, 2021, the Court stayed this case as against Douglas K. Smith pending the outcome of his bankruptcy proceedings in the Western District of Texas Bankruptcy Court, case number 21-50519-RBK.  (Dkt. #34).  The parties are hereby ORDERED to file a joint letter updating the Court on the status of those proceedings on or before July 22, 2022.

      SO ORDERED.

Dated:  July 15, 2022
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge