**MEMO ENDORSED**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor in interest to Key Equipment Finance,<br><br>Plaintiff,<br><br>v.<br><br>COMPLETE RADIOLOGY MANAGEMENT SOLUTIONS LLC, MUSCULOSKELETAL IMAGING CONSULTANTS LLC, PRIMO TELERADIOLOGY, PLLC, SALUBRIO LLC, VIRTUAL VIEWBOX INC., and DOUGLAS K. SMITH,<br><br>Defendants. | Civil Action No. 1:21-cv-03270-KPF<br><br><br>**ORDER PERMITTING SERVICE UPON DEFENDANT DOUGLAS K. SMITH THROUGH ALTERNATE MEANS** |

THIS MATTER having been presented on *Ex Parte* Application by Wong Fleming, P.C., attorneys for Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc., ("Plaintiff"), for the entry of an order permitting alternate service upon Defendant Douglas K. Smith, and the Court having read and considered the papers presented, including the Declaration of Dafney Dubuisson Stokes; and for good cause shown:

IT IS ON THIS __7th__ day of __September__, 2022:

ORDERED that Plaintiff may effectuate service upon Defendant Douglas K. Smith by either leaving a copy of the Summons and Complaint with a security guard stationed at the entrance of Defendant Smith's gated community wherein his residence is located, or through mailing by USPS a copy of the summons and Complaint to Defendant Smith at 101 Bretford Ct, San Antonio, TX 78230; and

IT IS FURTHER ORDERED that Plaintiff is to effect service upon Defendant Douglas K. Smith within sixty (60) days of the date of this Order; and

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order upon Defendant Douglas K. Smith by USPS mailing within seven (7) days of the posting of this Order.

```
The Clerk of Court is directed to terminate the pending motion
at docket number 48.

Dated:     September 7, 2022         SO ORDERED.
           New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
```