UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, *successor in interest to Key Equipment Finance*,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS K. SMITH,<br><br>Defendant. | Civil Action No. 1:21-cv-03270-KPF<br><br>**DEFAULT JUDGMENT** |

      This action having been commenced on April 14, 2021, by the filing of the Complaint, and a copy of the Summons and Complaint having been served on Defendant Douglas K. Smith, by leaving same with Guadalupe Flores, Security Guard Supervisor, in accordance with the September 7, 2022 Order of the Court (Dkt. #52) authorizing Alternative Service, and proofs of service having been filed on November 3, 2022 (Dkt. #56), and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Court having accepted as true all of the well-pleaded allegations in the Complaint, it is hereby:

      ORDERED, ADJUDGED, AND DECREED that KeyBank National Association, successor in interest to Key Equipment Finance, be granted judgment of liability against Defendant Douglas K. Smith in the liquidated amount of $133,333.83 plus costs and disbursements of this action in the amount of $997.00 amounting in all to $134,330.83. Defendant Douglas K. Smith is hereby held jointly and severally liable with defendants Complete Radiology Management Solutions, LLC, Musculoskeletal Imaging Consultants, LLC, Primo Teleradiology, PLLC, Salubrio, LLC, and Virtual Viewbox, Inc., to whom the Court issued a default judgment against on October 12, 2021.  (Dkt. #34).

      The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

2

Date: May 15, 2023
New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge